United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-01072-HWV
James R. Burkey, Jr.  Chapter 13
Julie L. Burkey
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Jul 18, 2025 | Form ID: 3180W | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James R. Burkey, Jr., Julie L. Burkey, 744 Almoney Road, Wrightsville, PA 17368-9694 |
| 5314705 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 5314717 | | Vistana Portfolio Services, PO Box 204491, Dallas, TX 75320-4491 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jul 18 2025 22:45:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Jul 18 2025 22:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2025 18:55:48 | SOFI LENDING CORP C/O Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5314700 | | EDI: CITICORP | Jul 18 2025 22:45:00 | Best Buy Credit Srvc., PO Box 9001007, Louisville, KY 40290-1007 |
| 5314701 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 18 2025 18:55:53 | Best Egg, PO Box 5493, Carol Stream, IL 60197-5493 |
| 5330256 | | EDI: CITICORP | Jul 18 2025 22:45:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5314702 | + | EDI: CITICORP | Jul 18 2025 22:45:00 | Citicards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5314703 | + | EDI: CRFRSTNA.COM | Jul 18 2025 22:45:00 | Credit First, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 5314704 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 18 2025 18:55:46 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5317927 | | EDI: DISCOVER | Jul 18 2025 22:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5314706 | | EDI: CITICORP | Jul 18 2025 22:45:00 | Home Depot Credit Srvc., PO Box 9001010, Louisville, KY 40290-1010 |
| 5330315 | | EDI: JEFFERSONCAP.COM | Jul 18 2025 22:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5328155 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2025 18:55:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5314707 | + | EDI: LENDNGCLUB | Jul 18 2025 22:45:00 | Lending Club, 71 Stevenson Street, Ste. 300, San Francisco, CA 94105-2985 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5487626 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 18 2025 18:51:00 | Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 5487627 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 18 2025 18:51:00 | Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, Bankruptcy Department |
| 5314708 | + | Email/Text: Darren.Pedaci@northwest.com | Jul 18 2025 18:51:00 | Northwest Bank, PO Box 3001, Warren, PA 16365-1101 |
| 5321136 | + | Email/Text: Darren.Pedaci@northwest.com | Jul 18 2025 18:51:00 | Northwest Bank, P.O. Box 337, Warren, PA 16365-0337 |
| 5449481 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2025 18:50:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 5449482 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2025 18:50:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101, PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 5330730 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2025 18:50:00 | BBVA USA, PO Box 10566, Birmingham, AL 35296 |
| 5314699 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2025 18:50:00 | BBVA USA, PO Box 11830, Birmingham, AL 35202 |
| 5505114 | | EDI: PRA.COM | Jul 18 2025 22:45:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5505115 | | EDI: PRA.COM | Jul 18 2025 22:45:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5325500 | | EDI: Q3G.COM | Jul 18 2025 22:45:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5320914 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2025 18:56:04 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5314709 | + | EDI: CITICORP | Jul 18 2025 22:45:00 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 5330765 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2025 18:55:57 | SoFi Lending Corp, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5314710 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jul 18 2025 18:55:45 | Sofi Lending Corp., One Letterman Drive, Building A Ste., San Francisco, CA 94129-1518 |
| 5373700 | ^ | MEBN | Jul 18 2025 18:46:22 | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5314711 | + | EDI: SYNC | Jul 18 2025 22:45:00 | Syncb/Pay Pal, PO BOX 965005, Orlando, FL 32896-5005 |
| 5315105 | ^ | MEBN | Jul 18 2025 18:47:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5314712 | | EDI: SYNC | Jul 18 2025 22:45:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0090 |
| 5314713 | + | EDI: SYNC | Jul 18 2025 22:45:00 | Synchrony Bank, 4125 Windward Plaza Dr., Alpharetta, GA 30005-8738 |
| 5314714 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 18 2025 18:50:00 | TBOM, PO Box 105555, Atlanta, GA 30348-5555 |
| 5325325 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 18 2025 18:50:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5314715 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 18 2025 18:51:00 | Toyota Motor Corp., 5005 N River Blvd. NE, Cedar Rapids, IA 52411-6634 |
| 5322685 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 18 2025 18:50:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5326808 | + | Email/Text: bankruptcy@bbandt.com | Jul 18 2025 18:51:00 | Truist Bank, Servie Finance Co LLC, 555 S Federal Hwy No 200, Boca Raton, FL 33432-6036 |
| 5329476 | | Email/Text: bankruptcydept@uhm.com | Jul 18 2025 18:50:00 | UNION HOME MORTGAGE CORP., CENLAR FSB, BK Department,, 425 PHILLIPS BLVD., EWING NJ 08618 |
| 5314716 | | Email/Text: bankruptcydept@uhm.com | Jul 18 2025 18:50:00 | Union Home Mortgage, 8241 Dow Circle WE, Strongsville, OH 44136 |
| 5329331 | | EDI: AIS.COM | Jul 18 2025 22:45:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5314718 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 18 2025 18:56:04 | Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335 |
| 5328544 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 18 2025 19:06:18 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5320468 | + | EDI: CRFRSTNA.COM | Jul 18 2025 22:45:00 | credit first na, po box 818011, cleveland, OH 44181-8011 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | * | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5329695 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5322686 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Daniel Philip Jones | on behalf of Creditor UNION HOME MORTGAGE CORP. djones@sterneisenberg.com bkecf@sterneisenberg.com |

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jodi Hause | on behalf of Creditor UNION HOME MORTGAGE CORP. jodi.hause@usdoj.gov pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor UNION HOME MORTGAGE CORP. wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Thomas William Fleckenstein | on behalf of Debtor 2 Julie L. Burkey Tom@TomFleckenstein.com TFleck84@yahoo.com |
| Thomas William Fleckenstein | on behalf of Debtor 1 James R. Burkey  Jr. Tom@TomFleckenstein.com, TFleck84@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: James R. Burkey Jr. (First Name, Middle Name, Last Name) | Social Security number or ITIN: xxx–xx–7692 | EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Julie L. Burkey (First Name, Middle Name, Last Name) | Social Security number or ITIN: xxx–xx–3396 | EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:20–bk–01072–HWV | | |

## Order of Discharge
12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James R. Burkey Jr.    Julie L. Burkey

7/18/25

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2